Peter A. Arhangelsky, Esq. (SBN 291325)
parhangelsky@emord.com
Emord & Associates, P.C.
3210 S. Gilbert Road, Suite 4
Chandler, AZ 85286
Phone: (602) 388-8899
Fax: (602) 393-4361
Attorney for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOUNGEVITY INTERNATIONAL CORP., a Delaware Corporation; and DAVID BRISKIE, an individual and Florida resident,<br><br>                     Plaintiffs,<br>        v.<br><br>DOES 1–10, inclusive.<br><br>                     Defendants. | Case No.  '16CV0965 L    JLB<br><br>**COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF FOR:**<br><br>1.  Common Law Defamation;<br>2.  Federal Product Disparagement (Lanham Act 15 U.S.C. § 1125(a)(1)); and<br>3.  California Unfair Competition (Cal. B&P Code §§ 17200, *et seq.*).<br><br>     <u>JURY TRIAL DEMANDED</u> |

## COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

1.      Plaintiffs Youngevity International Corp. ("YGYI") and David Briskie ("Briskie") (collectively, "Youngevity"), by counsel, file this Complaint for Damages and Injunctive Relief against defendants Does 1–10 ("Defendants").[1] Briskie is currently the President and Chief Financial Officer ("CFO") of YGYI. This action arises out of three internet postings made by purportedly "anonymous" internet users.  The Defendants have unlawfully defamed Youngevity in violation of common law defamation and made false statements about Youngevity in violation of the Federal Lanham Act (15 U.S.C. §§ 1051 et seq.).  Those unlawful, unfair, and fraudulent postings also violate California's Unfair Competition Law (Cal. B&P Code §§ 17200, *et seq.*).  Public information posted by Defendants to online, highly visible websites states that Youngevity's President and CFO, Dave Briskie, was convicted of securities crimes and sentenced to prison.  Those statements are outright false and defamatory.  Briskie has never been charged or convicted of any crime.  On information and belief, the posts were designed to damage Youngevity's commercial interests, tarnish Youngevity's reputation and goodwill, and dissuade prospective businesses or customers from contracting with Youngevity or purchasing the company's stock  or, conversely, encouraging the fire selling of previously purchased stock.

## I.    PARTIES

2.      Briskie is an individual and Florida resident, and resides part-time in San Diego County, California.

3.      YGYI is a corporation organized in 1997 and operates under the laws of Delaware with its principal place of business in Chula Vista, California.

---

[1] Youngevity intends to immediately move the Court ex-parte for leave to conduct expedited and limited discovery to identify the Defendants, after which it will file an Amended Complaint identifying all parties subject to liability for the defamatory posts.

4.     Defendants are the individuals who posted defamatory content on three separate blogs.  Upon information and belief, all of the Defendants sell products and/or services, or acted as agents for businesses selling products, that compete with Youngevity for marketshare.  Upon information and belief, none of the Defendants is a resident of the States of California, Delaware, or Florida, but each have substantial contacts with the State of California.

## II.     JURISDICTION AND VENUE

5.     This Court has subject-matter jurisdiction over this civil action under 15 U.S.C. § 1051, et seq. (the "Lanham Act") through federal question jurisdiction, and, independently, under 28 U.S.C. § 1332 because the matter in controversy exceeds the sum of $75,000, exclusive of interests and costs, and, upon information and belief, this matter is between citizens of different states, as Briskie is a resident of Florida, YGYI maintains its principal place of business in California and is incorporated under the laws of Delaware, and none of the Defendants is a citizen of California, Delaware, or Florida.

6.     This Court has personal jurisdiction over all Defendants and venue is proper in this District because Briskie resides part-time in this District and is a full time employee of YGYI which is located in this District, and because all Defendants have sufficient minimum contacts with California.  All Defendants knowingly injured Youngevity with knowledge that Youngevity is located in this District and that the damages would be incurred by Youngevity in this District. Further, upon information and belief, all Defendants have substantial contacts with the State of California.

7.     Venue is proper under 28 U.S.C. § 1391(b)(2) because a substantial part of the events giving rise to Youngevity's claims herein occurred in this District.  Briskie is a part-time California resident and full time employee of YGYI

in San Diego County, California and YGYI maintains its principal place of business in San Diego County, California.

### III.    FACTUAL BACKGROUND

8.     YGYI is a corporation organized in 1997 and operates under the laws of Delaware with its principal place of business in Chula Vista, California. YGYI develops and distributes a wide range of consumer products through a global network of independent, direct-sellers known as "distributors." YGYI is a successful, nineteen year-old, publicly traded, "direct selling company " (DSC) company that operates through direct selling networks worldwide, as well as wholly owned subsidiaries, including, e.g., AL Global Corporation; CLR Roasters, LLC; Financial Destinations, Inc.; and FDI Management, Inc.

9.     Originally a domestic company that sold specialty liquid based vitamin and mineral formulas created by Dr. Joel D. Wallach, DVM, ND, YGYI has fulfilled Dr. Wallach's vision of becoming a global enterprise, selling a wide range of consumer and lifestyle products, including, but not limited to, health, food, gourmet coffee, wellness, beauty, cosmetic, high-end clothing, photo organization and ancestry, and jewelry products to consumers globally through its distributor network. Distributors generally sell through peer-to-peer relationships, e-commerce, and social marketing. YGYI's distributors market products through corporate-backed marketing channels, including internet websites, the airwaves, trade shows, lectures, community events, local shops, and home meetings.

10.     YGYI invests more than seventy million dollars annually on sales, incentives, and marketing efforts to support its distributor networks. YGYI now sells in excess of 1000 products, including, but not limited to, nutritional products, sports and energy drinks, health and wellness-related services, lifestyle products, gourmet coffees, and cosmetics.

11.     YGYI is a publicly traded corporation trading under the symbol: YGYI.

12.     In 2007, Briskie became CEO and CFO of Javalution Coffee Company ("Javalution").  In 2009, Javalution launched its direct sales force. Javalution was a fully vertical coffee roasting and distribution company, owner of the Direct Marketing Brand JavaFit, and the retail brand, Café La Rica, as well as the category creator of functional gourmet coffee.

13.     In 2009, Briskie caused Javalution to become a publicly traded corporation trading under the symbol:  JCOF.

14.     On July 11, 2011, Javalution merged with YGYI.

15.     Post-Merger, Briskie became President of Commercial Operations and ultimately became YGYI's CFO in May of 2012.  On November 2, 2016, Briskie was appointed to the position of President and, since then, maintains his positions as YGYI's CFO and President.

16.     The financial success of YGYI—and by extension, Briskie— is highly dependent on its reputation in the DSC universe.  YGYI relies on peer-to-peer relationships, e-commerce, and social marketing to sell products.  YGYI's distributors market products through corporate-backed marketing channels, including internet websites, the airwaves, trade shows, lectures, community events, local shops, and home meetings.  Any harm to YGYI's reputation or the reputation of its officers, directors, employees, or distributors, diminishes Youngevity's competitive market advantage and causes significant damage to all shareholders and the value of their investment in YGYI securities.

17.     On Monday, May 9, 2011, at 9:05 P.M., a Doe Defendant with the pseudonym "David Willow" posted a blog post at the url: http://david-briskie.Blogger.com/2011/05/david-briskie-convicted-sec-stock.html (the "Blogger Article").  *See* Exh. A.  The Blogger Article contains lies and false statements concerning Briskie.

18.     The Blogger article was titled "**David Briskie**" (emphasis in original) and sub-titled:

> Blog warning others about convicted penny stock fraudster David
> Briskie.  His new penny stock pump & dump is Javaluation [sic]
> Coffee – It trades on the notorious pink sheets exchange under the
> symbol JCOF.

*See id.*

19.     The Blogger Article stated that Briskie "was convicted of securities fraud and sentenced to two years in prison."  *See id.*

20.     The Blogger Article purports to contain "Undeniable Proof [that] David Briskie's JCOF is a Fraud[.]"  *See id.*  That purported proof consists of a screenshot of posts on an unidentified internet forum wherein anonymous posters are recommending either buying or selling JCOF.  *See id.*

21.     When an internet user searches for "David Briskie" on Google.com, the Blogger Article is the first result and bears the title "David Briskie: David Briskie – Convicted SEC Stock Fraudster."  *See* Exh. B.

22.     In March 2016, the Defendants posted an article on Anonyme.com (the "Anonyme Article") (s*ee* Exh. C).  Anonyme then posted that same article on Facebook.com (the "Facebook Article") (*see* Exh. D).  The Anonyme and Facebook articles republished the false facts contained in the earlier Blogger Article.  *See* Exhs. C, D.

23.     The Anonyme and Facebook Articles also stated that YGYI "hired that crook Dave Briskie who has been known to pump and dump stocks[,]" and that Briskie "was also convicted with one year in jail."  *See* Exhs. C, D.

24.     On March 28, 2016, counsel for Youngevity sent a letter to Anonyme demanding that it remove the false and defamatory Anonyme and Facebook Articles.  Anonyme complied with Youngevity's request shortly thereafter, removing those two articles on or about March 29, 2016.

25.     The statements from the articles in Paragraphs 18 through 23, above, are false and defamatory.  David Briskie is not a crook and has not ever been

charged or convicted of any crime and has never served any jail time. *See* Decl. of David S. Briskie, attached as Exh. E, at ¶¶ 4–6.

26.     The Blogger, Anonyme, and Facebook Articles contain false and defamatory misstatements of fact and have disrupted Youngevity's relationships with distributors, customers, potential distributors, and potential customers, caused damage to shareholder value, and damaged Youngevity's reputation and goodwill. By continuing to publish false and defamatory statements in the Blogger Article in the face of Youngevity's corrective action, Defendants have shown that legal action is necessary to prevent ongoing false and defamatory publications.

27.     The Blogger, Anonyme, and Facebook Articles contained false and misleading statements of fact in commercial advertising, identified in paragraphs 18 through 23. Those articles are intended to, and do in fact, deceive the intended audience, to wit, Youngevity's customers, distributors, potential customers, potential distributors, and shareholders. The Articles influence the purchasing decisions of Youngevity's customers, distributors, potential customers, and potential distributors. The Defendants posted the Articles on publicly available websites, including Blogger, Anonyme, and Facebook, causing the false and misleading statements to enter interstate commerce. The false and misleading statements resulted in actual and probable additional injury to Youngevity, including lost sales of Youngevity products and harm to Youngevity's stock price, thus hurting each of its shareholders.

## COUNT ONE

### Defamation

28.     The allegations of paragraphs 1 through 27 are incorporated herein by reference.

29.     Defendants defamed Youngevity in their Blogger, Anonyme, and Facebook Articles, by and through which Defendants published false statements of

fact concerning Youngevity.  Those statements denigrate Youngevity's business character and impute questionable business methods to them.

30.     The false statements of fact published by the Defendants in the Blogger, Anonyme, and Facebook Articles were verifiably false at the time the Defendants published them.

31.     At the time the Defendants published the statements in the Blogger, Anonyme, and Facebook Articles, Defendants knew the statements were false or published them in reckless disregard of their truth or falsity.

## COUNT TWO

### Product Disparagement

### (Lanham Act 15 U.S.C. § 1125(a)(1)(B))

32.     The allegations of paragraphs 1 through 26 are incorporated herein by reference.

33.      The Lanham Act provides the basis for product disparagement claims.  *See Zenith Elc. Corp. v. Exzec, Inc.*, 182 F.3d 1340, 1347–48 (Fed. Cir. 1999).

34.     Defendants made false and misleading statements of fact about Youngevity in commercial advertising.

35.     Defendants' false and misleading statements of fact were likely to and did deceive the intended audience.

36.     Defendants' false and misleading statements of fact were likely to influence consumer purchasing decisions.

37.     Defendants caused the false and misleading statements of fact to enter interstate commerce.

38.     Defendants' false and misleading statements of fact resulted in probable and actual injury to Youngevity and each of its Shareholders.

## COUNT THREE

### (California State Unfair Competition)

### (California Business and Professions Code §§ 17200, *et seq*.)

39.   The allegations of paragraphs 1 through 33 are incorporated herein by reference.

40.   The Defendants' acts, as alleged herein and including the publication of all false statements concerning Youngevity, constitute unlawful, unfair, or fraudulent business practices in violation of California Business and Professions Code §§ 17200, *et seq*.

41.   Defendants' acts, as alleged herein, violate the "fraudulent" prong of the UCL because they are likely to mislead and confuse a statistically significant percentage of reasonable consumers and shareholders, and were performed by Defendants with intent to defraud consumers and shareholders.

42.   Defendants' acts, as alleged herein, violate the "unlawful" prong of the UCL because they constitute violations of the Lanham Act and common law defamation discussed herein this Complaint.

43.   Defendants' acts, as alleged herein, have unjustly enriched Defendants and caused monetary damage to Youngevity in an amount to be proven at trial.

44.   Youngevity has no adequate remedy at law, and if Defendants' activities are not enjoined, Youngevity will continue to suffer irreparable harm and injury to its goodwill and reputation and stock price.

## PRAYER FOR RELIEF:

WHEREFORE, Youngevity prays for judgment in its favor and against Defendants and requests that this Court award Youngevity the following:

45.   Awarding Youngevity compensatory damages, including pre- and post-judgment interest.

46.   Awarding Youngevity punitive and exemplary damages.

47.     Preliminary Permanently Enjoining Defendants from:

a.   Publishing libelous statements about Youngevity and their goods, services, products, officers, employees, and/or directors;

b.   Engaging in unfair business acts, practices, and/or conduct.

c.   Publicly speaking libelous statements in any forum pertaining to Youngevity and their goods, services, products, officers, employees, and/or directors.

48.     Awarding Youngevity all costs and expenses in connection with this action, including their reasonable attorneys' fees, expenses, and costs.

49.     Awarding Youngevity any other relief as the Court may deem just or appropriate.

## JURY DEMAND

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Youngevity hereby demands a trial by jury.

DATED: April 21, 2016

Respectfully submitted,

YOUNGEVITY INTERNATIONAL, CORP. and DAVID S BRISKIE

By:     _/s/ Peter A. Arhangelsky_____
Peter A. Arhangelsky, Esq. (SBN 291325)
*Attorney for Plaintiffs*
E-mail: parhangelsky@emord.com
Emord & Associates, P.C.
3210 S. Gilbert Road, Suite 4
Chandler, AZ 85286
Phone: (602) 388-8899
Fax: (602) 393-4361

# TABLE OF CONTENTS

**Document**                                                                    **Page Nos.**

Blogspot Post…………………………...…………………………………pp. 12–16

David Briskie Google Search……………………………………...…pp. 17–19

Anonyme Post...…………………………………………….………...pp. 20–22

Facebook Post……………………………………..…......................pp. 23–24

Declaration of David Briskie……………………….……………….pp. 25–33

# EXHIBIT A

G+1    0        More    Next Blog»        Create Blog    Sign In

# David Briskie

**Blog warning others about convicted penny stock fraudster David Briskie. His new penny stock pump & dump is Javaluation Coffee - It trades on the notorious pink sheets exchange under the symbol JCOF.**

M o n d a y ,   M a y   9 ,   2 0 1 1

## David Briskie - Convicted SEC Stock Fraudster

## **David Briskie**

This is a warning for people about *David Briskie*. He was convicted in 1996 of securities fraud and setenced to two years in prison.



He is now out of prison and has started his new scam, Javaluation Coffee a pink sheets listed public company.

The pink sheets is a notorious stock exchange and breeding ground for career criminals like David Briskie.

Read an SEC warning about pink sheets stock scams here: http://www.sec.gov/investor/pubs/microcapstock.htm

In my opinion, David Briskie's JCOF is what the SEC consider a "Classic Pump & Dump Scam":

> **The Classic "Pump and Dump" Scheme**   It's common to see messages posted on the Internet that urge readers to buy a stock quickly or to sell before the price goes down, or a telemarketer will call using the same sort of pitch. Often the promoters will claim to have "inside" information about an impending development or to use an "infallible" combination of economic and stock market data to pick stocks. In reality, they may be company insiders or paid promoters who stand to gain by selling their shares after the stock price is pumped up by the buying frenzy they create. Once these fraudsters sell their shares and stop hyping the stock, the price typically falls, and investors lose their money.

(From: http://www.sec.gov/investor/pubs/microcapstock.htm)

Undeniable Proof David Briskie's JCOF is a Fraud:

Exhibit A
13

Read the above paragraph titled "**The Classic "Pump and Dump" Scheme**" It is a paragraph from an SEC warning page about how to spot a pump and dump.

Now take a look at the screenshot below:



In this screenshot is the Yahoo Finance message board for JCOF (Javaluation Coffee).

See: http://messages.finance.yahoo.com/mb/JCOF.PK

This is proof of David Briskie's fraud, since many usernames are all posting similar messages telling others to buy JCOF stock. Many are putting price targets on JCOF - A highly illegal practice used by stock criminals to "pump" stocks higher so that they can eventually "dump" their worthless shares earning millions of dollars for very little work or effort.

Notice there are some real people on the forum attempting to warn others about David Briskie's scam, using post titles like "JCOF is a fraud" "Stay away from JCOF".

**Dave Briskie's Bio From the Web Site of JCOF:**

Dave's drive to excel was apparent early as he received many high school accolades including the coveted Paul DeLorenzo scholar-athlete award and in 1983 graduated magna cum laude from Fordham University with a double major in marketing and finance. He is the proud father of two talented daughters who currently attend universities in North Carolina. Beginning in 2007, Dave accepted the position of CEO of Javalution Coffee Company (JavaFit). He is energized to bring to JavaFit the experience he has garnered from an exciting and rewarding 18-year career with Drew Pearson Marketing, Inc. (DPM). Four years after he took over the sales effort, DPM's growth rate was phenomenal, reaching $30 million in sales. During this time, The Dallas100 recognized and honored DPM as the 2nd fastest growing privately held entrepreneurial company. By 1996, DPM's sales reached $70 million dollars and now have offices in Dallas, New York, Hong Kong and Minnesota. Dave's team introduced the Drew Pearson brand to 15 European countries, Canada, Mexico, Latin

Exhibit A
14

America and Asia. Named CEO of both DPM and DPI in 1996, he is credited with negotiating multi-million dollar contracts and building relationships with a multitude of fortune 1000 companies including, Disney, Warner Bros, NFL, NBA, MLB, NHL, various major universities, Anheiser Bush and General Motors. In 2001, Dave orchestrated a merger of DPM and DPI with its key manufacturing partner, Mainland Headwear, and the merged company was taken public on the Hong Kong Stock Exchange. As part of the merger, Dave executed a five year employment contract, was a director of the Hong Kong Corporation, and remained as CEO of Drew Pearson Marketing through the conclusion of his agreement. Priding himself on building an amazing team that drove DPM and DPI to meet its goals, Dave's passion is building businesses from start up, and stands ready to build another strong brand and profitable company with JavaFit.

Posted by David Willow at 9:05 PM

G+1  Recommend this on Google

Labels: Dave Briskie, David Briskie

# 1 comment:



**JavaSpeak** May 11, 2011 at 12:45 PM

This is David Briskie, the CEO of Javalution Coffee Company. I normally do not respond to blogs, but felt compelled to respond since this outrageous blog defames my character. The claims in the blog regarding myself and Javalution Coffee Company are an outright lie. Anyone having any information on how to contact the blogger, that goes by the name, David Willow or anyone related to this outrageous post, please report this information to my e-mail address so I may pursue legal action for defamation of charactger. I will defend my reputation and the repuation of Javalution Coffee Company with all of my resources.

Reply

Enter your comment...

Comment as:   Unknown (Goo ▼          Sign out

Publish    Preview                                    ☐ Notify me

Home

Subscribe to: Post Comments (Atom)

Exhibit A
15

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Followers**

**Join this site**
with Google Friend Connect



There are no members yet.
Be the first!

Already a member? Sign in

**About Me**

**David Willow**

View my complete profile

**Blog Archive**

▼ 2011 (1)
   ▼ May (1)
      David Briskie - Convicted SEC Stock
      Fraudster

Simple template. Powered by Blogger.

# EXHIBIT B



David Briskie

Sign in

All    News    Images    Shopping    Videos    More ▾    Search tools

About 38,400 results (0.44 seconds)

**David Briskie: David Briskie - Convicted SEC Stock Fraudster**
david-briskie.blogspot.com/2011/.../david-briskie-convicted-sec-stock.ht... ▾
May 9, 2011 - In my opinion, **David Briskie's** JCOF is what the SEC consider a
"Classic Pump & Dump Scam" ... **Dave Briskie's** Bio From the Web Site of JCOF:.

**Dave Briskie | LinkedIn**
https://www.linkedin.com/in/**dave-briskie**-b458146
Chula Vista, California - President and CFO at Youngevity International Inc (YGYI) -
Youngevity International Inc (YGYI)
President and CFO at Youngevity International Inc (YGYI) ... Join LinkedIn and access
**Dave's** full profile. ... Youngevity International, trading under Stock Symbol YGYI, fuels
my passion to build a business that is a game changer while fueling my personal
passion of social responsibility ...

**Joyce Riley Interviews David Briskie of Youngevity JavaFit ...**

https://www.youtube.com/watch?v=Av9bsmkQPwl
May 15, 2012 - Uploaded by JoyceRileyPowerHour
Joyce Riley Interviews **DAVID BRISKIE**, CEO of Youngevity's
JavaFit Coffee, provides a line of healthy ...

**Compensation Information for David Briskie , Chief Financial ...**
www1.salary.com/**David-Briskie**-Salary-Bonus-Stock-Options-for-YOU... ▾
... Officer at YOUNGEVITY INTERNATIONAL INC. How much did **David Briskie** make
as Chief Financial Officer of YOUNGEVITY INTERNATIONAL INC in 2014.

**David Stephen Briskie: Executive Profile & Biography ...**
www.bloomberg.com/research/.../person.asp?... ▾ Bloomberg L.P. ▾
Mr. **David Stephen Briskie**, also known as Dave, serves as the Chief Executive Officer
of Subsidaries in United States of Mainland Headwear Holdings Ltd. and ...

**David Briskie Profiles | Facebook**
https://www.facebook.com/public/**David-Briskie** ▾ Facebook ▾
View the profiles of people named **David Briskie** on Facebook. Join Facebook to
connect with **David Briskie** and others you may know. Facebook gives people...

**David Briskie - CEO of Javalution Coffee Company, a start ...**
https://about.me/**davidbriskie** ▾
View **David Briskie** on about.me. About.me makes it easy for you to learn about **David**
**Briskie's** background and interests.

**David Briskie - Executive Bio, Compensation History, and ...**
people.equilar.com/bio/**david-briskie**-youngevity-international/.../87315... ▾
View **David Briskie**, Dir. and President at Youngevity International, executive profile on
Equilar Atlas to see current salary at Youngevity International and ...

**David Briskie (@DavidBriskie) | Twitter**
https://twitter.com/**davidbriskie** ▾
The latest Tweets from **David Briskie** (@DavidBriskie). CEO of Javalution Coffee
Company, a start-up venture with fresh ideas for the coffee market.

**David Briskie, Javalution Coffee Company - United States ...**
us.viadeo.com/en/profile/**david.briskie** ▾
Fort Lauderdale - CEO - Javalution Coffee Company
CEO, Javalution Coffee Company - Experienced businessman **David Briskie** made a
name for himself early in his career with strong leadership and innovative ...

**We Found David Briskie**
Ad www.beenverified.com ▾

Exhibit B
18

Current Address, Phone and Photos. Free To Search, Try It Now!

Types: Background Checks, Public Records, Social Media Profiles, Property Records,…

Services: Reverse Phone Search, Search a Name, Reverse Address Search, Reverse…

New Info: People Search - Online Background Check - Find Contact Information

## David Briskie:Found

Ad   www.whitepages.com/**David+Briskie** ▼

Current Address, Phone and Age. Find **David Briskie**, Anywhere.

Local Phone Book · Reverse Address Search · Reverse Phone Lookup

Lookup Cells & Landlines - Public Records Search - Criminal Background Check

## We Found David Briskie - Current Address, Phone and Age

Ad   www.peoplefinders.com/ ▼

Find **David briskie**, Anywhere.

Background Checks - Search By Address - Search By Email - Search By Name

---

### Searches related to David Briskie

| | |
|---|---|
| david briskie **baltimore** | **lisa** briskie |
| david briskie **facebook** | david briskie **javafit** |
| **dave** briskie | david briskie **javafit coffee** |

---

Chandler, AZ - From your Internet address - Use precise location - Learn more

Help     Send feedback     Privacy     Terms

Exhibit B

19

# EXHIBIT C

Exhibit C
20



Not a member yet? 👆  sign up now

Download on the App Store

Home  |  Blog  |  Following  |  Explore  |  Me  |  Messages

Welcome to anonyme! Open up your free anonymous account.

## Youngevity Looking Suspect

0 people like this post

March 25 2016

Network Marketing is suppose to be something you are able to do on the side of your current job and make additional income. There have been some companies preying on the ignorance of distributors because of their loyalty and paychecks. Distributors are more gullible then I have ever seen. I have been following a company called Youngevity for quite some time. I watched their strong product line get swallowed up by bad corporate management. Six years ago they were not even on the map and then the best thing they could have done is hire this Andreoli guy. Andreoli grew that company overnight and then quit when he was making a boatload of money. Something had to be terribly wrong for this to happen. Furthermore why would an entire corporate team who has credibility in the industry just leave as well? YGY distributors cheer on the COO Michelle Wallach's childish post on social media and her husband's cowardly ways. I dug a little and saw Michelle Wallach was just sued for sexual harassment of their old CFO. Speaking of CFO I don't know what YGY was thinking when they hired that crook Dave Briskie who has been known to pump and dump stocks. He was also convicted with one year in jail. He also brought coffee to YGY but that has never turned a profit but YGY reps are so infatuated with the company they don't pay attention to the finances of the company. I had several of complaints 5 months ago accusing YGY of sending out checks late and bouncing checks as well. I have not met one person who had a good vibe about this guy. Seems to me all he does is spend money and take out large loans and get money from current YGY distributors such as Keith Halls. All YGY reps have to do is look at the large loans YGY keeps taking out over the past 3 years. This is why MLM companies don't work because they attract distributors who have no common sense. Then you have Master Distributor (Tom Chenault) who builds by Steve Wallach just moving people under him even know he left the company for 7 years. How can you train how to build when you never have? YGY distributors keep listening so I guess he will keep training. I read through a current lawsuit they filed after the company filed on them originally and it sounded frivolous. This company has been unethical for years. Its founder travels 300 days out of the year at 75 years of age still sleeping with YGY distributors and promising extra positions in the company and cross recruiting in his own company. I have heard so much cross recruiting within their policies and procedures that I was shocked they filed a suit against anyone. I then found an editorial from Troy Dooley in which YGY and Tom Chenault pays this guy for his bias opinions. Its funny he was talking about a pyramid scheme but he endorsed Zeek Rewards where thousands of people got hurt because of his opinion and he got paid. I did some investigating and found out Troy Dooly never even talked to both parties. After following the practices from this company and reviewing the financials. I would be surprised if there are around 5 years from now. The writing is on the wall with all of the team who has left this company in the last 4 years.   My suggestion to the current YGY reps, who never see the behind the scenes activity to speak with caution.  I will have more to report on this company at a later date once I see the original lawsuit. Oh yeah YGY reps anyone can file a suit it's proving the suit what counts. So if I were you I would not get my hopes up high.

MLMEXPRESS

view profile

Recent Posts

Youngevity Looking Suspect

view all

Whom to follow

cogitoergosum

Natalia25

wandergirl

Nrbwjqk

Stainless
42 years old.

view all



© 2015
Anonyme

About    Blog    Contact    Terms    Privacy    Help

Exhibit C
22

# EXHIBIT D



**Anonyme**
Yesterday at 4:23pm ·

Like Page

YOUNGEVITY is Looking Suspect

Network Marketing is suppose to be something you are able to do on the side of your current job and make additional income. There have been some companies preying on the ignorance of distributors because of their loyalty and paychecks. Distributors are more gullible then I have ever seen. I have been following a company called Youngevity for quite some time. I watched their strong product line get swallowed up by bad corporate management. Six years ago they were not even on the map and then the best thing they could have done is hire this Andreoli guy. Andreoli grew that company overnight and then quit when he was making a boatload of money. Something had to be terribly wrong for this to happen.

Furthermore why would an entire corporate team who has credibility in the industry just leave as well? YGY distributors cheer on the COO Michelle Wallach's childish post on social media and her husband's cowardly ways. I dug a little and saw Michelle Wallach was just sued for sexual harassment of their old CFO. Speaking of CFO I don't know what YGY was thinking when they hired that crook Dave Briskie who has been known to pump and dump stocks. He was also convicted with one year in jail. He also brought coffee to YGY but that has never turned a profit but YGY reps are so infatuated with the company they don't pay attention to the finances of the company. I had several of complaints 5 months ago accusing YGY of sending out checks late and bouncing checks as well. I have not met one person who had a good vibe about this guy. Seems to me all he does is spend money and take out large loans and get money from current YGY distributors such as Keith Halls. All YGY reps have to do is look at the large loans YGY keeps taking out over the past 3 years. This is why MLM companies don't work because they attract distributors who have no common sense. Then you have Master Distributor (Tom Chenault) who builds by Steve Wallach just moving people under him even know he left the company for 7 years. How can you train how to build when you never have?

YGY distributors keep listening so I guess he will keep training. I read through a current lawsuit they filed after the company filed on them originally and it sounded frivolous. This company has been unethical for years. Its founder travels 300 days out of the year at 75 years of age still sleeping with YGY distributors and promising extra positions in the company and cross recruiting in his own company. I have heard so much cross recruiting within their policies and procedures that I was shocked they filed a suit against anyone. I then found an editorial from Troy Dooley in which YGY and Tom Chenault pays this guy for his bias opinions. Its funny he was talking about a pyramid scheme but he endorsed Zeek Rewards where thousands of people got hurt because of his opinion and he got paid. I did some investigating and found out Troy Dooly never even talked to both parties. After following the practices from this company and reviewing the financials. I would be surprised if there are around 5 years from now. The writing is on the wall with all of the team who has left this company in the last 4 years. My suggestion to the current YGY reps, who never see the behind the scenes activity to speak with caution. I will have more to report on this company at a later date once I see the original lawsuit. Oh yeah YGY reps anyone can file a suit it's proving the suit what counts. So if I were you I would not get my hopes up high.

https://www.anonyme.com/.../2a86070c-60aa-4820-85d5-cbc7d5309…

#Youngevity

# EXHIBIT E

1  Peter A. Arhangelsky, Esq. (SBN 291325)
   parhangelsky@emord.com
2  Emord & Associates, P.C.
3  3210 S. Gilbert Road, Suite 4
   Chandler, AZ 85286
4  Phone: (602) 388-8899
5  Fax: (602) 393-4361
   Attorney for Plaintiffs
6

7

8  ## IN THE UNITED STATES DISTRICT COURT
   ## FOR THE SOUTHERN DISTRICT OF CALIFORNIA
9

10 YOUNGEVITY INTERNATIONAL        Case No.
11 CORP., a Delaware Corporation; and
   DAVID BRISKIE, an individual and
12 Florida resident,
                                   **DECLARATION OF DAVID S.**
13                                 **BRISKIE**
                Plaintiffs,
14
       v.
15
16 DOES 1–10, inclusive.
17              Defendants.
18

19

20      **DECLARATION OF DAVID S. BRISKIE**

21      Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the

22 following is true and correct

23      1.    I, David S. Briskie, am over the age of 18 and competent to testify to

24 the information below.  All matters contained herein are of my own personal

25 knowledge unless stated as based upon information and belief.

26      2.    I am one of the plaintiffs in the above-entitled action.  I am currently

27 the President and Chief Financial Officer (CFO) of Youngevity International,

28 Corp.

---

DECLARATION OF DAVID S. BRISKIE

Exhibit E
26

3.     In April, 2016, I hired Sterling I-Check to perform a criminal background search on me.  Attached to this Declaration as "Attachment A" is a true and correct copy of that completed criminal background search.

4.     As that criminal background search evidences, I have never been charged or convicted of any crime and have never served any jail time.

5.     The statement that I "was convicted of securities fraud and sentenced to two years in prison" is false.

6.     The statement that I "was also convicted with one year in jail" is false.

Executed on this *18*th day of April, 2016

_____
David S. Briskie

# ATTACHMENT A

# My Report

| Provided Information |
|---|
| **Name:**  DAVID BRISKIE                     **Reference #:**          24671418 |
| **SSN:**   xxx-xx-5923 |
| **\*\* Additional Personal Information Is On File. For Privacy and Security Purposes It Is Not Shown Here. \*\*** |

| Caution |
|---|

California Applicants/Employees Only: The report does not guarantee the accuracy or truthfulness of the information as to the subject of the investigation, but only that it is accurately copied from public records, and information generated as a result of identity theft, including evidence of criminal activity, may be inaccurately associated with the consumer who is the subject of the report. An investigative consumer reporting agency shall provide a consumer seeking to obtain a copy of a report or making a request to review a file, a written notice in simple, plain English and Spanish setting forth the terms and conditions of his or her right to receive all disclosures, as provided in Section 1786.26.

Sólo para los Solicitantes/Empleados de California: En el informe no se garantiza la exactitud o veracidad de la información en cuanto al tema de la investigación, sino sólo que se ha copiado exactamente de los registros públicos, y la información generada como resultado del robo de identidad, incluyendo las pruebas de una actividad delictiva, podría estar incorrectamente asociada con el consumidor que sea el sujeto del informe. Una agencia investigadora de informes de crédito deberá suministrarle a un consumidor que trate de obtener una copia de un informe o solicite revisar un archivo una notificación por escrito en inglés y español lisos y llanos, en la que se establezcan los términos y las condiciones de su derecho a recibir toda la información, como se dispone en la Sección 1786.26.

Pursuant to Minn. Stat. Ann. § 332.70(4): The report may include information that has been expunged, sealed, or has otherwise become inaccessible to the public since the date it was collected.

Results pertaining to the subject's potential criminal background results are only included in the report if there is an exact match between the full name and date of birth provided by the subject and the court record. To ensure the integrity of our results, the criminal information reported appears exactly as it is received from each search.

As sex offender, office of foreign asset control and federal criminal offender databases may only list names, information is provided only if there is a complete name match between the subject and the entry in the government records.

Department of motor vehicle records are provided only if there is an exact match between the license number provided by the subject and the agency record.

Credit reports are provided by the credit bureau based on 2 matching criteria among name,

address and social security number.

To the extent criminal background results are duplicative of findings from non-criminal background checks, such as a sex offender hit, the results are duplicated in the report. Accordingly, a thorough review of the complete report is required to ensure that the company properly recognizes duplicative results.

The purpose of Social Security Trace/Address Locator Report is to locate jurisdictions for purposes of expanding the scope of the criminal background check. The Social Security number provided by the applicant is not checked against the Social Security Administration database since the Social Security Administration database generally is not accessible for pre-employment screening purposes. In determining whether a number appears to be validly issued, SSN protocols are applied but please note that due to the randomization of the issuance of social security numbers, any conclusion regarding whether the number is valid may not be accurate for recently issued numbers.

AS IT MAY NOT BE PERMISSIBLE OR RECOMMENDED TO USE CERTAIN INFORMATION CONTAINED IN THIS REPORT FOR EMPLOYMENT DECISIONS, IT IS ADVISABLE TO CONSULT WITH COUNSEL PRIOR TO MAKING ANY ADVERSE HIRING DECISIONS. BY REQUESTING AND ACCEPTING THIS REPORT, CLIENT CONFIRMS IT IS ACTING IN COMPLIANCE WITH ITS END USER CERTIFICATION.

## Report Status

| **Status:** | Complete | **Result:** | Clear |
|---|---|---|---|
| **Completed:** | 04/18/2016 | **Expires:** | 07/17/2016 |

**\*\*Attention\*\* This report was completed on 04/18/2016. Any actions that occur after this date or changes in reported criminal records will not be reflected beyond the date of completion of this report.**

## Service Detail

| **Product** | **Reference** | **Status** | **Result** |
|---|---|---|---|
| **Enhanced National Criminal** | | **Complete** | **Clear** |

Search Performed On 04/07/2016

**CLEAR**

| **Sex Offender Registry Check** | | **Complete** | **Clear** |
|---|---|---|---|

Search Performed On 04/06/2016

There were no records found in the Registered Sex Offender database, including
50 states, Guam, Puerto Rico and the Northern Mariana Islands, matching the
submitted search criteria based upon the information provided.

| **Global Terrorist Watchlist Search** | | **Complete** | **Clear** |
|---|---|---|---|

Search Performed On 04/06/2016

```
   No Match was found in the Global Terrorist Watchlist
```
**County Criminal Record**    **BROWARD, FL**     **CompleteClear**

```
     *** ALIAS NAMES HAVE BEEN SEARCHED ***

  No Criminal Records Found

  DAVE BRISKLE
  DAVE BRISKIE
  DAVID BRISKIE
```
**County Criminal Record**    **MIAMI-DADE, FL**    **CompleteClear**

```
     *** ALIAS NAMES HAVE BEEN SEARCHED ***

  No Criminal Records Found

  DAVE BRISKIE
  DAVID BRISKIE
  DAVE BRISKLE
```
**County Criminal Record**    **SAN DIEGO, CA**    **CompleteClear**

```
     *** ALIAS NAMES HAVE BEEN SEARCHED ***

  No Criminal Records Found
```

**County Criminal Record**    **HARRIS, TX**     **CompleteClear**

```
     *** ALIAS NAMES HAVE BEEN SEARCHED ***

  No Criminal Records Found

  DAVID BRISKIE
  DAVE BRISKIE
  DAVE BRISKLE
```
**County Criminal Record**    **DALLAS, TX**     **CompleteClear**

```
     *** ALIAS NAMES HAVE BEEN SEARCHED ***

  No Criminal Records Found

  DAVE BRISKIE
  DAVE BRISKLE
  DAVID BRISKIE
```
**Misdemeanor/Other Public Record Information** **BROWARD, FL**    **CompleteClear**

```
  Please refer to County Criminal Record service for result information
```

**Misdemeanor/Other Public Record Information** **MIAMI-DADE, FL**   **CompleteClear**

```
  Please refer to County Criminal Record service for result information
```

**Misdemeanor/Other Public Record**  **SAN DIEGO, CA**    **CompleteClear**

**Information**

Please refer to County Criminal Record service for result information

| **Misdemeanor/Other Public Record Information** | **HARRIS, TX** | **CompleteClear** |

Please refer to County Criminal Record service for result information

| **Misdemeanor/Other Public Record Information** | **DALLAS, TX** | **CompleteClear** |

Please refer to County Criminal Record service for result information

| **Federal Record Check** | **FL, SOUTHERN DISTRICT OF FLORIDA** | **CompleteClear** |

*** ALIAS NAMES HAVE BEEN SEARCHED ***

Federal Criminal Record Check        *** CLEAR ***

Jurisdiction:    FL, SOUTHERN DISTRICT OF FLORIDA

Records Were Checked For a Minimum of Seven Years

The above court was checked and no Federal records were found based upon the
information provided.

| **Federal Record Check** | **CA, SOUTHERN DISTRICT OF CALIFORNIA** | **CompleteClear** |

*** ALIAS NAMES HAVE BEEN SEARCHED ***

Federal Criminal Record Check        *** CLEAR ***

Jurisdiction:    CA, SOUTHERN DISTRICT OF CALIFORNIA

Records Were Checked For a Minimum of Seven Years

The above court was checked and no Federal records were found based upon the
information provided.

| **Federal Record Check** | **TX, SOUTHERN DISTRICT OF TEXAS** | **CompleteClear** |

*** ALIAS NAMES HAVE BEEN SEARCHED ***

Federal Criminal Record Check        *** CLEAR ***

Jurisdiction:    TX, SOUTHERN DISTRICT OF TEXAS

Records Were Checked For a Minimum of Seven Years

The above court was checked and no Federal records were found based upon the
information provided.

| **Federal Record Check** | **NY, SOUTHERN DISTRICT OF** | **CompleteClear** |

**NEW YORK**

```
    *** ALIAS NAMES HAVE BEEN SEARCHED ***

Federal Criminal Record Check      *** CLEAR ***

Jurisdiction:    NY, SOUTHERN DISTRICT OF NEW YORK

Records Were Checked For a Minimum of Seven Years

The above court was checked and no Federal records were found based upon the
information provided.
```

**Federal Record Check**                **TX, NORTHERN DISTRICT OF TEXAS**                **CompleteClear**

```
    *** ALIAS NAMES HAVE BEEN SEARCHED ***

Federal Criminal Record Check      *** CLEAR ***

Jurisdiction:    TX, NORTHERN DISTRICT OF TEXAS

Records Were Checked For a Minimum of Seven Years

The above court was checked and no Federal records were found based upon the
information provided.
```