Peter A. Arhangelsky, Esq. (SBN 291325)
parhangelsky@emord.com
Emord & Associates, P.C.
3210 S. Gilbert Road, Suite 4
Chandler, AZ 85286
Phone: (602) 388-8899
Fax: (602) 393-4361
Attorney for Plaintiffs

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| YOUNGEVITY INTERNATIONAL CORP., a Delaware Corporation; and DAVID BRISKIE, an individual and California resident,<br><br>        Plaintiffs,<br>v.<br><br>DOES 1–10, inclusive.<br><br>        Defendants. | Case No. 3:16-cv-965-L-JLB<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**<br><br>**Judge: Hon. M. James Lorenz** |

TO THE HONORABLE COURT:

Plaintiffs Youngevity International Corp. and David Briskie hereby submit this voluntarily dismissal without prejudice against all defendants pursuant to Federal Rules of Civil Procedure 41(a). None of the Doe Defendants have been identified. No defendant has entered an appearance, filed an Answer, or filed responsive pleadings. This dismissal shall be without prejudice so that Youngevity may renew or refile its claims at a later date if it is able to identify the Doe defendants.

DATED: July 15, 2016

                                        Respectfully submitted,

                                        YOUNGEVITY INTERNATIONAL, CORP.

                        By:   */s/ Peter A. Arhangelsky*
                              Peter A. Arhangelsky, Esq. (SBN 291325)
                              *Attorney for Plaintiffs*
                              E-mail: parhangelsky@emord.com
                              Emord & Associates, P.C.
                              3210 S. Gilbert Road, Suite 4
                              Chandler, AZ 85286
                              Phone: (602) 388-8899
                              Fax: (602) 393-4361

**CERTIFICATE OF SERVICE**

I hereby certify that Plaintiffs have been unable to identify the Doe Defendants. Therefore, Plaintiffs have not served any papers on the Doe Defendants and service of this document on the Doe Defendants would be impossible.

Dated: July 15, 2016

                            */s/ Peter A. Arhangelsky*
                            Peter A. Arhangelsky, Esq.